IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEWIS FLETCHER | : | CIVIL ACTION |
| v. | : | |
| CO 1 MS. DORIAN MOLINO, ET AL. | : | NO. 10-6807 |

FILED
JAN 13 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

O R D E R

AND NOW, this 10th day of January, 2011, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED pursuant to 28 U.S.C. § 1915(b);

2. The complaint is DISMISSED as legally frivolous pursuant to 28 U.S.C. § 1915(e)(2); and

3. The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

J. CURTIS JOYNER, J.